NUMBER 13-11-00074-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE THE STATE OF TEXAS,

EX REL. ARMANDO R. VILLALOBOS, 

COUNTY (DISTRICT) ATTORNEY, 

CAMERON COUNTY, TEXAS

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Rodriguez and
Perkes

Per Curiam Memorandum Opinion[1]

            Relator, the State of
Texas, ex rel. Armando R. Villalobos, County (District) Attorney, Cameron
County, Texas, filed a petition for writ of mandamus in the above cause on February
14, 2011, seeking to compel the trial court to vacate its January 19, 2011
order rescinding its previously entered findings of fact and conclusions of law
and granting a de novo hearing on a motion to suppress.  On February 16, 2011,
the State filed a motion to dismiss the petition for writ of mandamus as moot. 
The Court, having examined and fully considered the motion to dismiss, is of
the opinion that the motion should be granted.  Accordingly, the petition for
writ of mandamus is DISMISSED as moot.  

 

                                                                                                PER
CURIAM

 

Do not publish.  See Tex.
R. App. P. 47.2(b).

 

Delivered and filed the 17th

day of February, 2011.

                                                









[1] See Tex. R. App. P.
52.8(d) (“When denying relief, the court may hand down an opinion but is not
required to do so.”); Tex. R. App. P.
47.4 (distinguishing opinions and memorandum opinions).